THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
AUG 05 2019
Clerk, U.S. District Court
Fairbanks, AK

Donna Uphues and Barbara Tangwall,

Plaintiffs,

Vs.

Case No: 4:19-cv-00024-SLG

The Law Offices of William R.
Satterberg, Jr., individually, jointly,
And severally; Thomas Temple, individually,
Jointly and severally; Amy Welch,
Individually, jointly and severally,

Defendants.

## COMPLAINT

NOW COME the Plaintiffs and show their complaint as follows:

### JURISDICTION

1. This complaint is brought for deprivation of civil rights under color of law pursuant to 42 USC 1983.

### VENUE

2. Venue lies with this court in that all transactions between the parties occurred in Fairbanks, Alaska.

## PARTIES

3. Plaintiff Donna Uphues (hereinafter Donna) is a United States citizen, resident of Alaska operating Salcha Marine, whose address is PO Box 140118, Salcha, Alaska 99714.

4. Plaintiff Barbara Tangwall (hereinafter Barb) is a United States citizen, resident of Alaska operating Salcha Marine, whose address is PO Box 140118, Salcha, Alaska 99714.

5. Defendant Law Offices of William R. Satterberg, Jr., Alaska Business License Number 1073090 (hereinafter Satterberg) is a professional business operating under the assumed name owned by William R.Satterberg, Jr., sole proprietor, 709 4th Avenue, Fairbanks, Alaska 99701.

6. Defendant Thomas Temple (hereinafter Temple) was an attorney at all times working for Satterberg, 709 4th Avenue, Fairbanks, Alaska 99701.

7. Defendant Amy Welch (hereinafter Welch) is an attorney at all times working for Satterberg, 709 4th Avenue, Fairbanks, Alaska 99701.

## BACKGROUND

8. In August of 2012, Satterberg solicited Phill Dees to file a lawsuit against Salcha Marine.

9. In 2014, Satterberg solicited Stephen Ward to file a lawsuit against Salcha Marine.

10. On or about 2014 Satterberg, upon information and belief, learned that Barb's husband Donald Tangwall had resided in Saipan while at the same time Barb, through Tangwall's phone call with David J. Burger, learned that Satterberg files his federal income tax return in Saipan. David Burger's business card is attached as Exhibit B.

11. In 2016, Satterberg, through his associate Temple, threatened Barb's husband Donald Tangwall in the courthouse in Fairbanks, Alaska stating to Tangwall, "…we are going to sue you for the rest of your miserable life."

12. In April 2018, Satterberg, through his associate Welch, filed a lawsuit against the Plaintiffs wherein Satterberg is the plaintiff.

## COUNT I
## FAILURE TO HAVE AN ALASKA BUSINESS LICENSE
## AS REQUIRED BY AS.43.70

13. All previous paragraphs are incorporated by reference herein.

14. All transactions prior to May 24, 2018, were done at a time when Satterberg did not have standing to prosecute or defend any actions in the Alaska Courts for failure to have an Alaskan Business License. See attached Exhibit A.

15. The Alaska Business Act was put into place by our state legislators and signed into law by our governor in the attempt to, among other things, protect the residents of Alaska from unscrupulous business practices.

16. The Alaska Business Licensing Act has been ignored repeatedly by the Alaska State Courts, thus depriving the Plaintiffs of their civil rights under color of law to rely on and find protection from unscrupulous business practices.

## RELIEF

17. All previous paragraphs are incorporated by reference herein.

18. Judgment against the Defendants individually, jointly and severally in favor of the Plaintiffs for compensatory amount of $2.5 million dollars for destroying Salcha Marine.

19. Cost.

20. Interest.

21. Any other relief this court deems just.

22. A temporary restraining order be issued restraining the Defendants from proceeding further in any and all cases in the state courts against the Plaintiffs.

23. A permanent injunction be issued enjoining the Defendants from proceeding further in any and all cases in the state courts against the Plaintiffs.

## COUNT II
## CONSPIRACY TO SUE HUSBAND AND BUSINESS ASSOCIATE OF THE PLAINTIFFS

23. All previous paragraphs are incorporated by reference herein.

24. The Defendants conspired to sue and harass Donald Tangwall by suing the Plaintiffs.

25. The Defendants sued the Plaintiffs on April 18, 2018. See attached Exhibit C. The Defendants' complaint is frivolous; at no time have the Plaintiffs had any nexus to the Law Offices of William R. Satterberg, Jr. How bizarre that Satterberg is suing the Plaintiffs as a party.

26. Why would a well seasoned attorney become a party in a lawsuit against the Plaintiffs except for the expressed purpose of suing Barb and Donna as a means to harass Tangwall "…for the rest of his miserable life."

27. The answer is simple. Upon information and belief, Barb and Donna have an awareness that Satterberg is defrauding the IRS by filing his federal income taxes in the Commonwealth of the Northern Marianna Islands. Barb's husband Donald has had a business relationship with David Burger, CPA, for decades. Burger told Tangwall in a telephone call that he does in fact file Satterberg's tax returns in Saipan.

28. The qualification and advantages of filing federal tax returns in Saipan are numerous.

   a) Qualification for filing in Saipan states you must be present on the island 183 days out of the year and all income must be sourced in Saipan.

   b) Obviously, you cannot be present on the island 183 days of the year and still qualify for the Alaska Permanent Fund Dividend. Upon information and belief the Defendants have continuously received a PFD.

   c) Receiving up to a 90% rebate of the tax owed at the time of filing your return.

   d) If filing in Saipan the IRS cannot audit your return by treaty.

e) The exact same IRS forms are used to file your return with one additional form, 3405 S, the rebate form only available to US citizens that file their return in Saipan.

## RELIEF

29.     All previous paragraphs are incorporated by reference herein.

30.     An order of referral to the Internal Revenue Service on alleged fraudulent tax returns of the Defendants.

31.     An order of referral to the Alaska Permanent Fund Dividend Administration to investigate alleged fraudulent PFD application of Satterberg.

32.     Judgment against the Defendants, individually, jointly and severally, in favor of the Plaintiffs in the amount of $2.5 million dollars compensatory damages and $2.5 million dollars for punitive damages.

33.     Cost.

34.     Interest.

35.     Any other relief this court deems just.

36.     A temporary restraining order be issued restraining the Defendants from proceeding further in any and all cases in the state courts against the Plaintiffs.

37.     A permanent injunction be issued enjoining the Defendants from proceeding further in any and all cases in the state courts against the Plaintiffs.

_____
Barbara Tangwall

_____
Donna Uphues